1  **VICTOR N. PIPPINS**
   California State Bar No. 251953
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Victor_Pippins@fd.org

5  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | CASE NO. 08MJ2310 |
| 11 | Plaintiff, ) | |
| 12 | v. ) | **NOTICE OF APPEARANCE** |
| 13 | ANTONIO ANORVE-ARIZMENDI, ) | |
| 14 | Defendant. ) | |

        Pursuant to implementation of the CM/EMF procedures in the Southern District of
California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
attorney in the above-captioned case.

                                    Respectfully submitted,

Dated: August 4, 2008               */s/ Victor N. Pippins*
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
                                    Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: August 4, 2008        /s/ *Victor N. Pippins*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Victor_Pippins@fd.org email